# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Walter Anthony Solis | CHAPTER NO.: 13 |
| | CASE NO.: 9:22–bk–10706–RC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]

☑ Other *(Specify):*
Statement of Related Cases requires Debtor's holographic signature

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: September 9, 2022

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 02/2020)